UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HILAL K. HOMAIDAN fka Helal K. Homaidan<br><br>                Debtor, | Case No. 08-48275 (ESS)<br>(Chapter 7) |
| HILAL K. HOMAIDAN on behalf of himself and all others similarly situated<br><br>                Plaintiff,<br><br>v.<br><br>SLM CORPORATION, SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION<br><br>                Defendants. | Adv. Pro. No. 17-01085 (ESS) |

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF ALBANY   )

## AFFIDAVIT OF SERVICE

ADAM WEBER, being duly sworn, deposes and says:

1. I am over the age of 18 years and reside in Albany, New York.

2. I am not a party to this action.

3. On the 6th day of July, 2017 I served the following documents:

    - **Summons and Notice of Pretrial Conference in an Adversary Proceeding**
    - **Nationwide Class Action Complaint**

    on Navient Solutions, LLC and Sallie Mae, Inc. by delivering true and correct copies by hand delivery to:

Corporation Service Company
80 State Street
Albany, NY 12207

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated July 6, 2017

_____
Adam Weber

Sworn to before me this 6th day
of July, 2017

_____
Notary Public

Shari L Bell
Notary Public, State of New York
Lic.# 01BE6291992
Qualified in Albany County
Commission Expires 10/28/2017