UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*:<br><br>HILAL KHALIL HOMAIDAN<br>   a/k/a Helal K. Homaidan,<br><br>             Debtor. | No. 1:08–48275 (ESS)<br><br>Chapter 7 |
| HILAL KHALIL HOMAIDAN,<br><br><br>             Plaintiff,<br><br>v.<br><br>SLM CORPORATION,<br>SALLIE MAE, INC.<br>NAVIENT SOLUTIONS, LLC and<br>NAVIENT CREDIT FINANCE CORPORATION,<br><br>             Defendants. | No. 1:17–ap–1085 (ESS) |

## STIPULATION

Plaintiff Hilal K. Homaidan and defendants Navient Solutions, LLC, Sallie Mae, Inc., and Navient Credit Finance Corporation (collectively, "Defendants"), through the undersigned counsel, hereby stipulate as follows:

1.     The Pretrial Hearing currently scheduled for November 16, 2017 is adjourned to January 30, 2018.

2.     The time for Plaintiff to file and serve his opposition to Defendants' Motion to Dismiss is extended through and including January 8, 2018.

2. The time for Defendants to file and serve their reply in support of the Motion to Dismiss is extended through and including January 26, 2018.

3. The hearing on Defendants' Motion to Dismiss will take place on January 30, 2018, at 9:30a.m.

Dated: November 14, 2017

Respectfully Submitted,

*/s/ George F. Carpinello*
George F. Carpinello
Adam R. Shaw
Robert Tietjen
Boies Schiller Flexner LLP
30 South Pearl St., 11th Floor
Albany, New York 12207
Telephone:    518.434.0600
Facsimile:    518.434.0665
E-mail:gcarpinello@bsfllp.com
            ashaw@bsfllp.com
            rtietjen@bsfllp.com

—and—

Austin Smith
Smith Law Group
3 Mitchell Place
New York, New York 10017
Telephone:    917.992.2121
E-mail:austin@acsmithlawgroup.com

*Counsel for Hilal K. Homaidan*

*/s/ Amanda Flug Davidoff*
David Braff
Corey Omer
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone:    212.558.4000
Facsimile:    212.558.3588
E-mail:braffd@sullcrom.com
            omerc@sullcrom.com

—and—

Amanda Flug Davidoff
Sullivan & Cromwell LLP
1700 New York Avenue, N.W., Suite 700
Washington, District of Columbia 20006
Telephone:    202.956.7500
Facsimile:    202.293.6330
E-mail:davidoffa@sullcrom.com

*Counsel for SLM Corporation*


*/s/ Shawn R. Fox*
Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:    212.548.2100
Facsimile:    212.548.2150
E-mail:sfox@mcguirewoods.com

*Counsel for Sallie Mae, Inc.,
Navient Solutions,     LLC,
and Navient Credit Finance Corporation*


**SO ORDERED.**



Dated: Brooklyn, New York
November 15, 2017

Elizabeth S. Stong
United States Bankruptcy Judge