**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: HILAL KHALIL HOMAIDAN *aka* Helal K Homaidan<br><br>Debtor. | Chapter 7<br><br>Case No. 08-48275 (ESS) |
| HILAL KHALIL HOMAIDAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SLM CORPORATION, SALLIE MAE, INC., NAVIENT SOLUTIONS, LLC, and NAVIENT CREDIT FINANCE CORPORATION,<br><br>Defendants. | Adv. Pro. No. 17-1085 (ESS) |

## ORDER (1) DENYING DEFENDANTS' MOTION TO STAY PENDING APPEAL AND PROTECTIVE ORDER; and (2) SETTLING PLAINTIFF'S MOTION TO COMPEL

On August 8, 2018, Defendants Sallie Mae, Inc., Navient Solutions, LLC and Navient Credit Finance Corp. ("Defendants") filed a motion to stay pending appeal (Dkt. Nos. 51-52). On September 10, 2018 Defendants filed a motion for protective order (Dkt. 73). Defendants amended their motion for a protective order on September 14, 2018 (Dkt. 76). Plaintiff filed an opposition to those motions on September 26, 2018 (Dkt. No. 81).

On September 19, 2018 Plaintiff filed a motion to compel production and for costs (Dkt. No. 78). Defendants opposed that motion on September 26, 2018 (Dkt. No. 80)

These matters came before the Court for hearing on October 3, 2018 (the "Hearing Date)". For the reasons stated on the record, the Court rules as follows:

Defendants' motion to stay pending appeal is hereby **DENIED**.

1

Defendants' motion for a protective order is hereby ~~**DENIED**~~ **_WITHDRAWN_**. Plaintiff's motion to compel is hereby **SETTLED** in part, except for that portion of the motion addressing costs, with the following dates for production of discovery being agreed to by the parties:

1. The response date for third party subpoenas is adjourned to October 17, 2018;

2. Within twenty (20) days of the Hearing Date (October 23), Defendants will respond to the Interrogatories served by Plaintiff;

3. Within fourteen (14) days of the Hearing Date (October 17, 2018), the parties will complete a Rule 26(f) conference;

4. Within thirty (30) days of the Hearing Date (November 2, 2018), Defendants will respond to the Request for the Production of Documents served by Plaintiff;

5. Within forty-five (45) days of the Hearing Date (November 17, 2018), Defendants will make available a witness for the Rule 30(b)(6) deposition notice served by Plaintiff; and

6. Fact discovery shall be completed by June 28, 2019.

**Dated: Brooklyn, New York**
**October 24, 2018**

_/s/ Elizabeth S. Stong_
**Elizabeth S. Stong**
**United States Bankruptcy Judge**