UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ NOV 5 - 2018 ★

BROOKLYN OFFICE

HILAL K. HOMAIDAN,
on behalf of himself and
all others similarly situated,

Plaintiff,

v.

SALLIE MAE, INC.,
NAVIENT SOLUTIONS, LLC, and
NAVIENT CREDIT FINANCE CORPORATION,

Defendants.

No. 1:18–cv–4527–ARR

## STIPULATION TO DISMISS APPEAL

The undersigned counsel for appellants-defendants Sallie Mae, Inc., Navient Solutions, LLC, and Navient Credit Finance Corporation (collectively, "Appellants") and the undersigned counsel for appellee-plaintiff Hilal K. Homaidan ("Appellee") hereby stipulate to dismiss the above-captioned appeal, pursuant to Federal Rule of Bankruptcy Procedure 8023. The parties shall bear their own costs and fees.

/s/Robert Tietjen
Adam Reese Shaw
George F. Carpinello
Robert Tietjen
Boies, Schiller & Flexner LLP
30 South Pearl Street
4th Floor
Albany, NY 12207
Telephone: 518.434.0600
Email: ashaw@bsfllp.com
    gcarpinello@bsfllp.com
    rtietjen@bsfllp.com

—and—

Austin Smith

/s/Shawn R. Fox
Shawn R. Fox
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: 212.548.2148
Email: sfox@mcguirewoods.com

—and—

Thomas M. Farrell (pro hac vice)
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500

Smith Law Group  
3 Mitchell Place  
New York, NY 10017  
Telephone: 917.992.2121  
Email: austin@acsmithlawgroup.com

—and—

Lynn E. Swanson  
Jone, Swanson, Huddell & Garrison, LLC  
601 Poydras Street  
Ste. 2655  
New Orleans, LA 70130  
Telephone: 504.523.2500  
Email: lswanson@jonesswanson.com

Houston, Texas 77002  
Telephone: 713.571.9191  
Email: tfarrell@mcguirewoods.com

—and—

K. Elizabeth Sieg (pro hac vice)  
McGuireWoods LLP  
Gateway Plaza  
800 East Canal Street  
Richmond, Virginia 23219  
Telephone: 804.775.1000  
Email: bsieg@mcguirewoods.com

So ordered.    /s/(ARR)

## CERTIFICATE OF SERVICE

      I certify that on this 31st day of October, 2018, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                                               */s/ Shawn R. Fox*