# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:  CASE NO: 1−17−01085−ess

Homaidan v. Sallie Mae, Inc. et al

DEBTOR(s)

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on February 14, 2019 by Navient Credit Finance Corporation, Navient Solutions, LLC, appealing Opinon/Decision, Motion to Dismiss, document number 103,104.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

The designations of the Appellant/Appellee have not been filed as of March 18, 2019.

Dated: March 18, 2019    Robert A. Gavin, Jr., Clerk of Court

By: D. Carter−El

Deputy Clerk

**BLadroapap.jsp** [Transmittal of Additional Record on Appeal AP 04/17/17]