**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Shawn R. Fox**
Direct: 212.548.2165

sfox@mcguirewoods.com

**M<small>c</small>GUIREWOODS**

July 12, 2019

**<u>VIA CM/ECF AND FEDERAL EXPRESS</u>**

The Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271–C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

    Re:    *Homaidan v. Sallie Mae, Inc., et al.*, No. 17-1085-ESS: *July 15, 2019 Status Conference*

Dear Judge Stong:

    I write on behalf of counsel for Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc. (the "Defendants") regarding the above-captioned action. Specifically, I write in regard to the status conference in the *Homaidan* matter on July 15, 2019 at 3pm. Counsel to Plaintiff and counsel to Defendants have agreed to defer addressing discovery issues at the status conference in order to continue negotiations towards a consensual resolution. Therefore, no contested matters are set to go forward at the status conference.

    I will be unable to attend the status conference due to conflicting client commitments. Additionally, Tom Farrell, K. Elizabeth Sieg and Joseph A. Florczak will be outside of the New York area that day. I therefore write to seek your permission for the undersigned counsel to Defendants to participate and listen to the July 15 status conference by telephone.

    Thank you for Your Honor's consideration.

*[Signature follows on next page.]*

Dated: July 12, 2019 							Respectfully,

/s/ *Shawn R. Fox*
Shawn R. Fox
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
Tel: 212.548.2100
Email: sfox@mcguirewoods.com

-and-

K. Elizabeth Sieg (*pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, Virginia 23219
Tel: 804.775.1000
Email: bsieg@mcguirewoods.com

-and-

Joseph A. Florczak (*pro hac vice*)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel: 312.750.2774
Email: jflorczak@mcguirewoods.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of July, 2019, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Shawn R. Fox*