

Lynn E. Swanson
lswanson@jonesswanson.com
ADMITTED IN LOUISIANA

December 16, 2019

**VIA CM/ECF**
The Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein United States Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re:   *Homaidan, et al. v. Sallie Mae, Inc., et al.*
      Adversary Proceeding No. 17-1085 (ESS)

      *Golden, et al. v. National Collegiate Student Loan Trust 2006-4, et al.*
      Adversary Proceeding No. 17-1005 (ESS)

Dear Judge Stong:

I am an attorney for plaintiffs Hilal K. Homaidan and Tashanna B. Golden. I write with respect to the status conferences scheduled to be held before this Court on Wednesday, December 18, 2019 at 3:00 p.m. regarding the above-captioned actions.

I will not be able to personally attend the status conferences in New York. I respectfully request to participate via CourtCall into the conferences on December 18, 2019.

Thank you for Your Honor's consideration.

Respectfully,

*Lynn E. Swanson*
Lynn E. Swanson

LES/cb
cc:   All Counsel of Record (via CM/ECF system)

601 Poydras Street, Suite 2655   |   New Orleans, Louisiana 70130   |   504.523.2500 p   |   504.523.2508 f   |   jonesswanson.com