

December 19, 2019

VIA ECF
Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Federal Courthouse
271-C Cadman Plaza East
Courtroom 3585
Brooklyn, New York 11201

> Re:   *Homaidan and Youssef v. Sallie Mae Inc., et al.*
>        *Case No.: 17-AP-1085 (ESS)*

Dear Judge Stong:

     We are filing today our Motions for Preliminary Injunction, Class Certification and Partial Summary Judgment. We believe that it is important that the motions be briefed together because of the related issues raised in the three motions.  We understand from your comments from the bench at the hearing yesterday that you would prefer that the Court hear the motions one at a time. We are therefore requesting that the **Motion for Preliminary Injunction** be heard on the pre-scheduled date of February 18, 2020 at 2:30 p.m. and that the other motions be heard at the Court's earliest available date.  We will work with Defendants' counsel on a mutually agreeable briefing schedule.

                Respectfully submitted,

                */s/ George F. Carpinello*

                George F. Carpinello

GFC/ckm

cc via ECF:  All Counsel of Record