UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HILAL K. HOMAIDAN fka Helal K. Homaidan<br><br>Debtor, | Chapter 7<br><br>Case No. 08-48275 (ESS) |
| In re:<br><br>REEHAM YOUSSEF aka Reeham Navarro Youssef aka Reeham N. Youssef<br><br>Debtor, | Chapter 7<br><br>Case No. 13-46495 (ESS) |
| HILAL K. HOMAIDAN and REEHAM YOUSSEF on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION<br><br>Defendants. | Adv. Pro. No. 17-1085 |

## [PROPOSED] AMENDED SCHEDULING ORDER

WHEREAS, on December 4, 2008, Hilal Khalil Homaidan filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on June 23, 2017, Hilal Khalil Homaidan (the "Plaintiff") commenced this adversary proceeding by filing a complaint (the "Complaint") against SLM Corporation, Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc., alleging violations of the Discharge Order entered in his Chapter 7 case; and

WHEREAS, on February 21, 2019, Defendants Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc. filed an answer to the Plaintiff's Complaint; and

WHEREAS, on October 21, 2019, Hilal Khalil Homaidan filed an Amended Complaint to add Plaintiff-Debtor Reeham Youssef; and

WHEREAS, on November 22, 2019, Defendants Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc. filed an Answer to the Amended Complaint; and

WHEREAS, from time to time, and on December 18, 2019, the Court held pre-trial conferences in this adversary proceeding.

NOW, THEREFORE, it is hereby ORDERED, that the parties are directed to complete fact discovery by March 31, 2020.

Dated: Brooklyn, New York
_____, 2020

_____
Hon. Elizabeth S. Stong
U.S. Bankruptcy Judge