# **<u>Exhibit J</u>**

**IFP, MEANSNO, REOPEN**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-08-48275-ess

*Assigned to:* Elizabeth S. Stong
Chapter 7
Voluntary
No asset

*Date filed:* 12/04/2008
*Date reopened:* 05/26/2017
*Debtor discharged:* 04/09/2009
*341 meeting:* 01/07/2009
*Deadline for objecting to discharge:* 04/08/2009
*Deadline for financial mgmt. course:* 02/23/2009

*Debtor disposition:* Standard Discharge

**Debtor**
**Hilal Khalil Homaidan**
9 Montrose Ave
1A
Brooklyn, NY 11211
KINGS-NY
SSN / ITIN: xxx-xx-1414
*aka* Helal K Homaidan

represented by **Austin C Smith**
Smith Law Group
3 Mitchell Place
Suite 5
New York, NY 10017
917-992-2121
Email: austin@acsmithlawgroup.com

**Trustee**
**Gregory Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474
Email: gremesser@aol.com

**U.S. Trustee**
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 12/04/2008 | 1 (15 pgs) | Chapter 7 Voluntary Petition. IFP Fee Waived Filed by Hilal Khalil Homaidan (jrw) (Entered: 12/04/2008) |
| 12/04/2008 | 2 (1 pg) | Certificate of Credit Counseling for Debtor Filed by Hilal Khalil Homaidan (jrw) (Entered: 12/04/2008) |
| 12/04/2008 | 3 (3 pgs) | Application to Proceed in forma pauperis Filed by Hilal Khalil Homaidan. (jrw) (Entered: 12/04/2008) |

| | | |
|---|---|---|
| 12/04/2008 | | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Gregory Messer, 341(a) Meeting to be held on 01/07/2009 at 09:30 AM at Room 2681, 271 Cadman Plaza East, Brooklyn, NY . Last day to oppose discharge or dischargeability is 03/09/2009 . (Entered: 12/04/2008) |
| 12/04/2008 | [4](#) (4 pgs; 2 docs) | Deficient Filing Chapter 7 : Statement of Intention due 1/7/2009. Section 521 Incomplete Filings due by 1/20/2009. Summary of Schedules due 12/19/2008. Statistical Summary of Certain Liabilities due by 12/19/2008. Schedule A due 12/19/2008. Schedule B due 12/19/2008. Schedule C due 12/19/2008. Schedule D due 12/19/2008. Schedule E due 12/19/2008. Schedule F due 12/19/2008. Schedule G due 12/19/2008. Schedule H due 12/19/2008. Declaration Concerning Debtors schedules due 12/19/2008. Statement of Financial Affairs due 12/19/2008. Copies of pay statements received from any employer due by 12/19/2008. Incomplete Filings due by 12/19/2008. (jrw) (Entered: 12/04/2008) |
| 12/04/2008 | [5](#) (6 pgs; 4 docs) | Request for Notice - Meeting of Creditors Chapter 7 No Asset Financial Management Certificate due by 2/23/2009. (jrw) (Entered: 12/04/2008) |
| 12/06/2008 | [6](#) (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Service Date 12/06/2008. (Admin.) (Entered: 12/07/2008) |
| 12/06/2008 | [7](#) (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 12/06/2008. (Admin.) (Entered: 12/07/2008) |
| 12/06/2008 | [8](#) (4 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Service Date 12/06/2008. (Admin.) (Entered: 12/07/2008) |
| 12/09/2008 | [9](#) (1 pg) | Order Granting Application To Proceed in forma pauperis (Related Doc # [3](#)) Signed on 12/9/2008. (flh) (Entered: 12/10/2008) |
| 12/10/2008 | [10](#) (1 pg) | Court's Certificate of Mailing. Number of notices mailed: 1. Date mailed: 12/10/08 (RE: related document(s)[9](#) Order on Application to Proceed in forma pauperis) (flh) (Entered: 12/10/2008) |
| 12/10/2008 | | Receipt Number 291359; Fee Amount $ 0.00 (RE: related document(s)[1](#) Voluntary Petition (Chapter 7) filed by Debtor Hilal Khalil Homaidan) (dtg) (Entered: 12/10/2008) |
| 12/19/2008 | [11](#) (34 pgs) | Schedule(s), Statement(s) and Affidavit LR1007-1(b) Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Statistical Summary of Certain Liabilities, Summary of Schedules : Declaration Concerning Debtor's Schedules, Statement of Finanical Affairs Filed by Hilal Khalil Homaidan (flh) (Entered: 12/23/2008) |

| | | |
|---|---|---|
| 12/19/2008 | [12](#)<br>(2 pgs) | Schedule(s), Statement(s) and Affidavit LR1007-1(b) Schedule J, Filed by Hilal Khalil Homaidan (flh) (Entered: 12/23/2008) |
| 12/19/2008 | [13](#)<br>(4 pgs) | Employee Income Records / Copies of Pay Statements Filed by Hilal Khalil Homaidan (RE: related document(s)[4](#) Deficient Filing Chapter 7) (flh) (Entered: 12/23/2008) |
| 12/19/2008 | [14](#)<br>(8 pgs) | Statement of Current Monthly Income in the amount of $796.00 (Means Test - Chapter 7). Filed by Hilal Khalil Homaidan (flh) (Entered: 12/23/2008) |
| 01/07/2009 | [15](#)<br>(1 pg) | Notice of Change of Address of Hilal Khalil Homaidan from Videology, Attn: Hilal, 308 Bedford Ave, Brooklyn, NY, 11211 to 9 Montrose Ave., 1A, Brooklyn, NY 11211. Filed by Hilal Khalil Homaidan (flh) (Entered: 01/07/2009) |
| 01/15/2009 | | Chapter 7 Trustee's Report of No Distribution: Trustee requests discharge and certifies under FRBP 5009: the estate has been fully administered; I have neither received nor distributed any non-exempt property; I have diligently inquired about the debtor(s) financial affairs and location of estate property. The estate has no non-exempt property to distribute (Messer, Gregory) (Entered: 01/15/2009) |
| 02/20/2009 | [16](#)<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Recovery Management Systems Corporation on behalf of Capital Recovery II. (Singh, Ramesh) (Entered: 02/20/2009) |
| 02/23/2009 | [17](#)<br>(2 pgs) | Debtor's Certification of Completion of Postpetition Instructional Course and/or Certificate of Financial Management Course Filed for Debtor Debtor Certificate Number: 01267-NYE-DE-006207836 Filed by Hilal Khalil Homaidan (RE: related document(s)[5](#) Request for Notice - Meeting of Creditors Chapter 7 No Asset) (flh) (Entered: 02/23/2009) |
| 03/09/2009 | [19](#)<br>(20 pgs) | Amended Schedule(s), Statement(s) and Affidavit LR1009-1(a) Schedule F, Summary of Schedules : Amended Schedule F (to add 29 creditors) Receipt Number 292323, Fee Amount $26 Filed by Hilal Khalil Homaidan (flh) (Entered: 03/10/2009) |
| 03/10/2009 | [18](#)<br>(3 pgs; 2 docs) | [NOTICE NOT GENERATED] Order Discharging Debtor and Final Decree Chapter 7; Copy to Trustee, US Trustee(RE: related document(s)Judge / Trustee / 341 Meeting Assignment (Chapter 7)). Signed on 3/10/2009 (flh) Modified on 3/10/2009 (flh). (Entered: 03/10/2009) |
| 03/10/2009 | | [ENTERED IN ERROR] Bankruptcy Case Closed (flh) Modified on 3/10/2009 (flh). (Entered: 03/10/2009) |
| 03/10/2009 | | Deadlines Updated / Set Last day to oppose discharge or dischargeability is 4/8/2009. (RE: related document(s)[19](#) |

| | | |
|---|---|---|
| | | Amended Schedule(s), Statement(s) and Affidavit LR1009-1(a) (Fee Due) filed by Debtor Hilal Khalil Homaidan) (flh) (Entered: 03/10/2009) |
| 03/18/2009 | [20](#) (2 pgs) | Copy of Order Signed on 3/18/2009 by Judge Anil C. Singh of the Civil Court of the City of New York changing Debtor's from Helal Khalil Homaidan to Hilal Khalil Homaidan. (flh) (Entered: 03/27/2009) |
| 04/09/2009 | [21](#) (3 pgs; 2 docs) | Order Discharging Debtor(RE: related document(s)Update / Set Deadlines (BK)). Signed on 4/9/2009 (flh) (Entered: 04/09/2009) |
| 04/11/2009 | [22](#) (4 pgs) | BNC Certificate of Mailing with Order of Discharge Service Date 04/11/2009. (Admin.) (Entered: 04/12/2009) |
| 04/13/2009 | [23](#) (20 pgs) | Motion For Contempt , Motion For Sanctions for Violation of the Automatic Stay Filed by Hilal Khalil Homaidan. Hearing scheduled for 6/2/2009 at 10:00 AM at Courtroom 3554 (JF), Brooklyn, NY. (flh) (Entered: 04/13/2009) |
| 04/17/2009 | [24](#) (2 pgs; 2 docs) | Notice by court rescheduling (RE: related document(s)[23](#) Motion for Contempt filed by Debtor Hilal Khalil Homaidan, Motion for Sanctions for Violation of the Automatic Stay) from 6/2/09 at 10:00am to 6/9/09 at 10:00am (vma) (Entered: 04/17/2009) |
| 04/17/2009 | | Hearing Rescheduled; Hearing scheduled for 6/9/2009 at 10:00 AM at Courtroom 3554 (Judge Feller), Brooklyn, NY. (RE: related document(s)[23](#) Motion for Contempt filed by Debtor Hilal Khalil Homaidan) (vma) (Entered: 05/21/2009) |
| 04/19/2009 | [25](#) (3 pgs) | BNC Certificate of Mailing with Notice to Creditors Service Date 04/19/2009. (Admin.) (Entered: 04/20/2009) |
| 06/09/2009 | | Hearing Held; (RE: related document(s)[23](#) Motion for Contempt filed by Debtor Hilal Khalil Homaidan) - Off Calendar (Movant no present) - SO ORDERED BY s/Jerome Feller. Endorsed on calendar dated 6/9/09 . This is a text order, no document is attached. (vma) (Entered: 06/09/2009) |
| 03/05/2010 | [26](#) (2 pgs; 2 docs) | Final Decree Chapter 7, Copy to Trustee, US Trustee. Signed on 3/5/2010 (dkc) (Entered: 03/05/2010) |
| 03/05/2010 | | Bankruptcy Case Closed (dkc) (Entered: 03/05/2010) |
| 03/07/2010 | [27](#) (2 pgs) | BNC Certificate of Mailing with Final Decree Service Date 03/07/2010. (Admin.) (Entered: 03/08/2010) |
| 04/14/2017 | [28](#) (13 pgs) | Proposed Motion to Waive Filing Fee *and Reopen Chapter 7 Case*. Objections to be filed on 5/3/17. Filed by Austin C |

| | | |
|---|---|---|
| | | Smith on behalf of Hilal Khalil Homaidan. Hearing scheduled for 5/4/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Smith, Austin) (Entered: 04/14/2017) |
| 05/04/2017 | | Judge Elizabeth Stong added to the case. (nds) (Entered: 05/04/2017) |
| 05/04/2017 | | Adjourned Without Hearing - Hearing scheduled for 5/25/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (RE: related document(s)28 Motion filed by Debtor Hilal Khalil Homaidan) (sej) (Entered: 05/04/2017) |
| 05/09/2017 | 29 (2 pgs; 2 docs) | Affidavit/Certificate of Service Filed by Austin C Smith on behalf of Hilal Khalil Homaidan (RE: related document(s)28 Motion to Waive Filing Fee filed by Debtor Hilal Khalil Homaidan) (Attachments: # 1 Letter to Creditor) (Smith, Austin) (Entered: 05/09/2017) |
| 05/10/2017 | 30 (13 pgs) | Amended Notice of Motion/Presentment *to Reopen Chapter 7 Case*. Objections to be filed on 5/24/17. Filed by Austin C Smith on behalf of Hilal Khalil Homaidan (RE: related document(s)28 Motion to Waive Filing Fee filed by Debtor Hilal Khalil Homaidan) Hearing scheduled for 5/25/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Smith, Austin) (Entered: 05/10/2017) |
| 05/25/2017 | | Hearing Held; (related document(s): 28 Motion to Waive Filing Fee filed by Hilal Khalil Homaidan, 30 Amended Notice of Motion/Presentment filed by Hilal Khalil Homaidan) Appearance by Debtor - Motion Granted - Submit Order (sjackson) (Entered: 05/26/2017) |
| 05/26/2017 | 31 (2 pgs; 2 docs) | Ordered, that the above-captioned Chapter 7 Bankruptcy case is reopened for the purpose of allowing Debtor to seek determination of dischargeability of certain student debt and for other relief this Court deems proper.(related document 28 and 30). Signed on 5/26/2017 (fmr). (Entered: 05/26/2017) |
| 05/28/2017 | 32 (3 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 05/28/2017. (Admin.) (Entered: 05/29/2017) |
| 06/07/2017 | 33 (2 pgs; 2 docs) | Amended Order Reopening Case. Ordered, that the above-captioned Chapter 7 Bankruptcy case is reopened effective as of May 26, 2017, for the purpose of allowing the Debtor to seek determination of dischargeability of certain student debt and for other relief this Court deems proper and it is further Ordered, that pursuant to Federal Rule of Bankruptcy Procedure 4007(b), the filing fee to reopen this case for the purpose of filing a complaint to obtain a determination under Bankruptcy Code Section 523 is waived. (RE: related document(s)28, 30 , 31). Signed on 6/7/2017 (fmr) (Entered: 06/07/2017) |

| 06/09/2017 | [34](#) (3 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/09/2017. (Admin.) (Entered: 06/10/2017) |
|---|---|---|
| 06/23/2017 | [35](#) (19 pgs; 2 docs) | Adversary case 1-17-01085. Complaint by Hilal Khalil Homaidan against SLM Corporation, Sallie Mae, Inc., Navient Solutions, LLC, Navient Credit Finance Corporation. Receipt Number DEFERRED, Fee Amount $350. Nature(s) of Suit: (72 (Injunctive relief - other)), (91 (Declaratory judgment)). (Attachments: # [1](#) Adversary Cover Sheet) (Carpinello, George) (Entered: 06/23/2017) |
| 01/24/2019 | [36](#) (21 pgs) | Transcript & Notice regarding the hearing held on 11/28/18. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the court's website for contact information for the Transcription Service Agency]. (RE: related document(s) [1](#) Voluntary Petition (Chapter 7), [16](#) Notice of Appearance, [32](#) BNC Certificate of Mailing with Application/Notice/Order). Notice of Intent to Request Redaction Due By 01/31/2019. Redaction Request Due By 02/14/2019. Redacted Transcript Submission Due By 02/25/2019. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 04/24/2019 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Veritext) Modified on 1/25/2019 (dkc) - NOTICE GENERATED ON ADV 17-1085. (Entered: 01/24/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/03/2020 13:52:10 | | | |
| **PACER Login:** | mw0007:2604237:3994037 | **Client Code:** | 2049501-0117 |
| **Description:** | Docket Report | **Search Criteria:** | 1-08-48275-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |