# EXHIBIT D

P.O. Box 9500
Wilkes-Barre, PA 18773-9500                                    888-272-5543

<Borrower Name>                                Account Number: XXXXXXXXXX
Address Line 1<Code>
Address Line 2<Code>
City, State, Zip<Code>                                    <Date>

## <Borrower Name>, your student loan(s) is now being serviced by Navient.

We've recently been notified that your bankruptcy case has concluded. Since the loan(s) shown below was not discharged through your bankruptcy, you are responsible for repaying the remaining balance of the loan(s) according to the terms of the promissory note(s).

**We're here to help**
We know financial challenges can come up unexpectedly, and we want to help you stay on track with your loan. If you have any questions about your account or repayment options, visit us online at Navient.com or give us a call at 888-272-5543, Monday – Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

Sincerely,

Navient Customer Service

### Loan Information
The loans listed below are the loans referred to in this letter. *If you have questions or concerns about your account, write to us at the address provided above.*

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |
| * HLNDSBDT | $HDISBPRN++ | $HHOTPRIN+++ | HIRATE | HPROGRAM++ |



EXHIBIT
#47
Peterson
EXD 1-12-18
PENGAD 800-631-6989