# EXHIBIT E

# National Center for Education Statistics

## IPEDS Data Center

**CUNY Queens College**
**UnitID** 190664
**OPEID** 00269000
**Address** 65-30 Kissena Blvd, Queens, NY, 11367
**Web Address** www.qc.cuny.edu

Institutional Characteristics 2008-09

Institution: CUNY Queens College (190664)

**Part A - Educational Offerings**
1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]

*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- ☐ Occupational, may lead to a certificate, degree, or other formal award
- ☑ Academic, leading to a certificate, degree, or diploma
- ☑ Continuing professional (postbaccalaureate only)
- ☐ Recreational or avocational (leisure) programs
- ☑ Adult basic or remedial instruction or high school equivalency
- ☑ Secondary (high school)

Institution: CUNY Queens College (190664)

**Part A - Mission Statement**
2. Provide the institution's mission statement *or* a web address (URL) where the mission statement can be found. Typed statements are limited to 3,000 characters or less. The mission statement will be available to the public on College Navigator.

Mission Statement URL: http://qcpages.qc.cuny.edu/

Mission Statement

Institution: CUNY Queens College (190664)

**Part B - Advanced degree question**
Advanced degree question

What method will you use to report data on your institution's doctor's degrees and professional degrees on BOTH Institutional Characteristics in Fall 2008 and Fall Enrollment in Winter 2008-09/Spring 2009?

○ The new postbaccalaureate degree classifications:

       Master's degree
       Doctor's degree - research/scholarship
       Doctor's degree - professional practice
       Doctor's degree - other

*To use this method, you will need to recode all doctor's and first-professional degrees into the four graduate level categories listed above. You will also report any first-professional certificates as post-master's certificates. You will be required to use this method when reporting this survey in 2009-10 IPEDS.*

(●)    The old postbaccalaureate degree classifications:

       Master's degree
       Doctor's degree
       First-professional degree

( )    This institution does not have any programs beyond the baccalaureate level.

Please note: The Fall Enrollment data that you will report this winter or spring MUST use the same method for reporting professional programs that you use for the Institutional Characteristics survey this fall. No changes to reporting method will be allowed after the fall data collection closes.

**Institution: CUNY Queens College (190664)**

**Part B - Organization - Control and Level**
**1. What is your institutional control or affiliation?**

(●)    Public - Specify

     Primary control        Secondary control (if applicable)

     [State ▼]        [Select One ▼]

( )    Private for-profit

( )    Private not-for-profit independent (no religious affiliation)

( )    Private not-for-profit religious affiliation - Specify

     [Select One ▼]

**2. What award levels are offered by your institution? [Check all that apply]**

**Award Level**

**BELOW THE BACCALAUREATE:**

1    ☐  Postsecondary award, certificate, or diploma of **less than one academic year**
         • less than 900 contact or clock hours, or
         • less than 30 semester or trimester credit hours, or
         • less than 45 quarter credit hours

2    ☐  Postsecondary award, certificate, or diploma of **at least one but less than two academic years**
         • at least 900 but less than 1800 contact or clock hours, or
         • at least 30 but less than 60 semester or trimester credit hours, or
         • at least 45 but less than 90 quarter credit hours

3    ☐  Associate's degree

4    ☐  Postsecondary award, certificate, or diploma of **at least two but less than four academic years**
         • 1800 or more contact or clock hours, or
         • 60 or more semester or trimester credit hours, or
         • 90 or more quarter credit hours

**BACCALAUREATE AND ABOVE:**

5      Bachelor's degree or equivalent

| | | |
|---|---|---|
| | ☑ | |
| 6 | ☑ | Postbaccalaureate certificate |
| 7 | ☑ | Master's degree |
| 8 | ☑ | Post-master's certificate |
| 9 | ☐ | Doctor's degree |
| 10 | ☐ | First-professional degree |
| 11 | ☐ | First-professional certificate (Post-degree) |
| 12 | ☐ | Other (specify in box below) |

You may use the space below to provide context for the data you've reported above.

---

**Institution: CUNY Queens College (190664)**

**Part B - Organization - Calendar System**
*Your response to the next question determines how your institution reports Graduation Rates data in the Spring and how you report student charges in Part D of this survey.*
*If the calendar system differs from prior year or requires a change, please contact the Help Desk at 1-877-225-2568.*
3. What is the predominant calendar system at the institution? [Choose one]

**Standard academic terms**
*Checking one of the following determines that your institution will provide Graduation Rates data based on a FALL COHORT and student charges data will be requested on a FULL ACADEMIC YEAR.*

- ⦿ Semester
- ○ Quarter
- ○ Trimester
- ○ 4-1-4 or similar plan
- ○ Other academic calendar

**Other calendar system**
*Checking one of the following determines that your institution will provide Graduation Rates data based on a FULL YEAR COHORT and student charges data will be requested by PROGRAM.*

- ○ Differs by program
- ○ Continuous basis (every 2 weeks, monthly, or other period)

---

**Institution: CUNY Queens College (190664)**

**Part B - Organization - Student Enrollment**
4. Does your institution enroll any of the following types of students?

*Include all levels that your institution offers, even if there are no students currently enrolled at that level.
Responses to this question determine which screens will be generated for reporting academic year tuition charges, and for reporting Fall Enrollment during the Winter and Spring collections. Additionally, checking **Yes** for full-time, first-time, degree/certificate-seeking undergraduate students determines that your institution must report pricing data (on the IC survey) and Student Financial Aid data (in the Spring collection) for this cohort. Full- and part-time 2007 Fall Enrollment counts are provided for reference.*

|  | Full-time | | Part-time | |
|---|---|---|---|---|
|  | No | Yes | No | Yes |
| Undergraduate (academic or occupational programs) | ○ | ●  | ○ | ● |
| First-time, degree/certificate-seeking undergraduate | ○ | ● | ○ | ● |
| Graduate | ○ | ● | ○ | ● |
| First-professional | ● | ○ | ● | ○ |

### Estimated 2008 Fall Enrollment

*Please provide an early estimate of the institution's fall enrollment for all levels offered, as indicated above. Estimates should be based on the definitions used in the IPEDS Enrollment component submitted in the Winter/Spring collections. These data will NOT appear in College Navigator, but will be made available in IPEDS data dissemination.*

|  | Full-time | FT PY Enrollment | Part-time | PT PY Enrollment | Total |
|---|---|---|---|---|---|
| Undergraduate (academic or occupational programs) | 10,187 | 10,271 | 4,999 | 4,347 | 15,186 |
| Number of undergraduates, those who are first-time, degree/certificate-seeking students | 1,638 | 1,755 | 38 | 23 | 1,676 |
| Graduate | 459 | 359 | 3,859 | 3,751 | 4,318 |
| First-Professional |  |  |  |  | 0 |

**5. For Fall 2002, did your institution have any full-time first-time degree/certificate-seeking students enrolled in programs at the baccalaureate level or below?**

*If you answer **Yes** to this question, you will be required to provide Graduation Rates data for 2002-03 in the Spring collection. If you answer **No** to this question, please indicate the reason you are not required to report Graduation Rates for the cohort year requested.*

*If you reported any full-time, first-time degree/certificate-seeking undergraduates on the 2002-03 Enrollment survey, the data will be preloaded below.*

○ No

☐ This institution did not enroll full-time, first-time (undergraduate) students.
☐ This institution did not offer programs at or below the baccalaureate level.
☐ This institution was not in operation in 2002-03

● Yes

| Cohort from 2002-03 Enrollment of full-time, first-time degree/certificate-seeking students (GRS Cohort) | 1,178 |
|---|---|

Institution: CUNY Queens College (190664)

### Part B - Organization - System Name
**6. System, Governing Board or Corporate Structure (please see instructions for reporting System or Corporate data).**

Note: Do NOT indicate a religious affiliation here. That information is collected separately and differs from system name. If you need assistance, contact the Help Desk at 1-877-225-2568. You will not be able to lock your submission if this question is blank.

○ This institution is NOT a part of a system or corporate entity.

⦿ This institution is a part of a system or corporate entity.

Specify name of the system or corporate entity.
City University of New York

**Institution: CUNY Queens College (190664)**

**Part C - Admission Requirements and Services - Open Admission**
1. Does your institution have an open admission policy for all or most entering first-time degree/certificate-seeking undergraduate-level students?

*If you answer No to this question you will be expected to answer additional questions (C2, C3, and C4) regarding your admissions procedures. Note: If the only requirement for admission is a high school diploma, your institution is still considered open admission.*

○ Yes

⦿ No

You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website.

**Institution: CUNY Queens College (190664)**

**Part C - Admission Requirements and Services - Admission Considerations**
2. Please select the option that best describes how your institution uses any of the following data in its undergraduate selection process.

| Admission Considerations | Required | Recommended | Neither Required nor Recommended | Don't Know |
|---|---|---|---|---|
| Secondary school GPA | ⦿ | ○ | ○ | ○ |
| Secondary school rank | ○ | ○ | ⦿ | ○ |
| Secondary school record | ⦿ | ○ | ○ | ○ |
| Completion of college-preparatory program | ⦿ | ○ | ○ | ○ |
| Recommendations | ○ | ○ | ⦿ | ○ |
| Formal demonstration of competencies (e.g., portfolios, certificates of mastery, assessment instruments) | ○ | ○ | ⦿ | ○ |
| Admission test scores (SAT / ACT) | ⦿ | ○ | ○ | ○ |
| Other Test (Wonderlic, WISC-III, etc.) | ○ | ○ | ○ | ⦿ |
| TOEFL (Test of English as a Foreign Language) | ⦿ | ○ | ○ | ○ |

Institution: CUNY Queens College (190664)

**Part C - Admission Requirements and Services - Selection Process**

3. Please provide the number of first-time, degree/certificate-seeking undergraduate students who applied, were admitted, and enrolled (full or part time) at your institution for the most recent Fall period available. Include early decision, early action, and students who began studies during the summer prior to the selected fall reporting period. See instructions for further information.

Select reporting period:  ● Fall 2007    ○ Fall 2008

|  | Men | Women | Total |
|---|---|---|---|
| Number of applicants | 6,221 | 8,215 | 14,436 |
| Number of admissions | 2,387 | 3,448 | 5,835 |
| Number enrolled full time | 690 | 1,065 | 1,755 |
| Number enrolled part time | 10 | 13 | 23 |

4. If test scores are required for admission for first-time, degree/certificate-seeking undergraduate students please provide the following information: the number and percentage of students submitting SAT/ACT scores and the 25th and 75th percentile scores for each test. Provide SAT writing test scores *only* if used for admission. DO NOT convert test scores; scores must be reported separately. Provide data for the most recent group of enrolled students for whom data are available; include new students admitted the summer prior to the selected fall reporting period.

Select reporting period  ● Fall 2007    ○ Fall 2008    ○ Test scores NOT required

| | |
|---|---|
| Number submitting SAT scores | 1,377 |
| Percent submitting SAT scores | 100 |
| Number submitting ACT scores | |
| Percent submitting ACT scores | |

| | 25th Percentile | 75th Percentile |
|---|---|---|
| SAT Critical Reading | 450 | 550 |
| SAT Math | 480 | 580 |
| SAT Writing | | |
| ACT Composite | | |
| ACT English | | |
| ACT Math | | |
| ACT Writing | | |

You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website.

**Institution: CUNY Queens College (190664)**

**Part C - Admission Requirements and Services - Special Learning Opportunities**
5. Does your institution accept any of the following? [Check all that apply]

- [x] Dual credit (college credit earned while in high school)
- [ ] Credit for life experiences
- [x] Advanced placement (AP) credits
- [ ] None of the above

6. What types of special learning opportunities are offered by your institution? [Check all that apply]

- [x] Distance learning opportunities (e-learning)
- [x] ROTC
  - [x] Army
  - [x] Navy
  - [ ] Air Force
- [x] Study abroad
- [x] Weekend/evening college
- [x] Teacher certification (below the postsecondary level)
  - [x] Students can complete their preparation in certain areas of specialization
  - [ ] Students must complete their preparation at another institution for certain areas of specialization
  - [x] This institution is approved by the state for the initial certification or licensure of teachers
- [ ] None of the above

**Institution: CUNY Queens College (190664)**

**Part C - Admission Requirements and Services - Student Services**
7. If your institution grants a bachelor's degree or higher but does not offer a full 4-year program of study at the undergraduate level, how many years of completed college-level work are required for entrance?

Number of years          [Select One ▼]

8. Which of the following selected students services are offered by your institution? [Check all that apply]

- ☐ Remedial services
- ☑ Academic/career counseling services
- ☑ Employment services for current students
- ☑ Placement services for program completers
- ☑ On-campus day care for children of students
- ☐ None of the above

9. Does your institution have its own library or are you financially supporting a shared library with another postsecondary education institution?

- ⦿ Have our own library
- ○ Do not have our own library but contribute financial support to a shared library
- ○ Neither of the above

10. Indicate whether or not any of the following alternative tuition plans are offered by your institution.

- ○ No
- ⦿ Yes
  - ☐ Tuition guarantee
  - ☑ Prepaid tuition plan
  - ☑ Tuition payment plan
  - ☐ Other (specify in box below)

You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website.

Institution: CUNY Queens College (190664)

**Part D - Student Charges Questions**

3. Are all full-time, first-time degree/certificate-seeking students required to live on campus or in institutionally-controlled housing?

*If you answer Yes to this question, you will not be asked to report off-campus room and board in the price of attendance (D13).*

- ⦿ No
- ○ Yes

4. Does your institution charge different tuition for in-district, in-state, or out-of-state students?

*If you answer Yes to this question, you will be expected to report tuition amounts for in-district, in-state, and out-of-state students.*

○ No
◉ Yes

**5. Does your institution offer institutionally-controlled housing (either on or off campus)?**

*If you answer **Yes** to this question, you will be expected to specify a housing capacity, and to report a room charge or a combined room and board charge (D12 and D13).*

◉ No
○ Yes

Specify housing capacity for academic year 2008-09

**6. Do you offer board or meal plans to your students?**

*If you answer **Yes** to this question, you will be expected to report a board charge or combined room and board charge (D12 and D13).*

◉ No
○ Yes - Enter the number of meals per week in the maximum meal plan available

○ Yes - Number of meals per week can vary (e.g., students' charge meals against a meal card)

---

**Institution: CUNY Queens College (190664)**

**Part D - Undergraduate Student Charges**
If the institution charges an application fee, indicate the amount.

|  | Amount | Prior year |
|---|---|---|
| Undergraduate application fee | 65 | 65 |

**7. Charges to full-time undergraduate students for the full academic year 2008-09**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| All full-time undergraduates |  |  |  |  |  |  |
| Average tuition | 4,000 | 4,000 | 4,000 | 4,000 | 8,640 | 8,640 |
| Required fees | 447 | 397 | 447 | 397 | 447 | 397 |

**8. Per credit hour charge for part-time undergraduate students**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Per credit hour charge | 170 | 170 | 170 | 170 | 360 | 360 |

---

**Institution: CUNY Queens College (190664)**

**Part D - Graduate Student Charges**

If the institution charges an application fee, indicate the amount.

|  | Amount | Prior year |
|---|---|---|
| Graduate application fee | 125 | 125 |

9. Charges to full-time graduate students for the full academic year 2008-09

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Average tuition | 6,400 | 6,400 | 6,400 | 6,400 | 12,000 | 12,000 |
| Required fees | 365 | 298 | 365 | 298 | 365 | 298 |

10. Per credit hour charge for part-time graduate students

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Per credit hour charge | 270 | 270 | 270 | 270 | 500 | 500 |

Institution: CUNY Queens College (190664)

## Part D - Student Charges - Price of Attendance
### 13. Price of attendance for full-time, first-time undergraduate students:

*Please enter the amounts requested below. These data will be made available to the public on College Navigator. Data for prior years may be corrected. If your institution participates in any Title IV programs (Pell, Stafford, etc.), you must complete all information for the current year. Leave items that do not apply blank and the system will fill in as "not applicable" or indicate that more information is needed. Estimates of expenses for books and supplies, room and board, and other expenses are those from the **Cost of Attendance report** used by the financial aid office in determining financial need.*

| Charges for full academic year | 2006-07 | 2007-08 | 2008-09 |
|---|---|---|---|
| **Published tuition and required fees:** | | | |
| In-district | 4,377 | 4,397 | 4,447 |
| In-state | 4,377 | 4,397 | 4,447 |
| Out-of-state | 9,017 | 9,037 | 9,087 |
| Books and supplies | 879 | 938 | 1,016 |
| **Off campus (not with family):** | | | |
| Room and board | 7,663 | 7,958 | 10,201 |
| Other expenses | 4,374 | 4,432 | 4,526 |
| **Off campus (with family):** | | | |
| Other expenses | 3,526 | 3,533 | 3,556 |

You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website.

Institution: CUNY Queens College (190664)

**Part E - Additional Information - Athletic Association**
1. Is this institution a member of a national athletic association?

- ○ No
- ● Yes - Check all that apply
  - ☑ National Collegiate Athletic Association (NCAA)
  - ☐ National Association of Intercollegiate Athletics (NAIA)
  - ☐ National Junior College Athletic Association (NJCAA)
  - ☐ United States Collegiate Athletic Association (USCAA)
  - ☐ National Christian College Athletic Association (NCCAA)
  - ☑ Other

2. If this institution is a member of the NCAA or NAIA, specify the conference FOR EACH SPORT using the droplist.

| Sport | NCAA or NAIA member | Conference |
|---|---|---|
| Football | ● No  ○ Yes-Specify | Select One |
| Basketball | ○ No  ● Yes-Specify | East Coast Conference |
| Baseball | ○ No  ● Yes-Specify | East Coast Conference |
| Cross country and/or track | ○ No  ● Yes-Specify | Eastern College Athletic Conference |