# **Exhibit D**

**INTENTIONALLY LEFT BLANK**