UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HILAL K. HOMAIDAN, on behalf of
himself and all others similarly situated,

                                       JUDGMENT

              Plaintiff,                     19-CV-935 (FB)
    v.

SALLIE MAE, INC., NAVIENT
SOLUTIONS, LLC, and NAVIENT
CREDIT FINANCE CORPORATION,

             Defendants.
-----------------------------------------------------------------X

    A Memorandum and Order of the Honorable Frederic Block, United States District Judge, having been filed on February 25, 2020, granting the motion to certify the bankruptcy court's order for direct appeal; certifying that the order "involves a question of law as to which there is no controlling decision of the court of appeals for the circuit or of the Supreme Court of the United States." 28 U.S.C. § 158(d)(2)(A)(i); and denying the motion for leave to proceed with an interlocutory appeal in this Court without prejudice to renewal should the circuit court decline to accept the direct appeal; it is

    ORDERED and ADJUDGED that the motion to certify the bankruptcy court's order for direct appeal is granted; that the Court certifies that the order "involves a question of law as to which there is no controlling decision of the court of appeals for the circuit or of the Supreme Court of the United States." 28 U.S.C. § 158(d)(2)(A)(i); and that the motion for leave to proceed with an interlocutory appeal in this Court is denied without prejudice to renewal should the circuit court decline to accept the direct appeal.


Case 1-17-01085-ess   Doc 201   Filed 02/25/20   Entered 03/09/20 13:26:52
Case 1:19-cv-00935-FB   Document 12   Filed 02/27/20   Page 2 of 2 PageID #: 631

Dated: Brooklyn, New York  
February 26, 2020

Douglas C. Palmer  
Clerk of Court

By: /s/*Jalitza Poveda*  
Deputy Clerk