# Exhibit I

to

Declaration of George F. Carpinello

# SallieMae

Understanding the costs

## Determining the cost of college

The cost of attendance (COA) is the total amount to attend a college each year.



Each school determines its annual average COA using a formula established by Congress.

Don't forget: Your actual expenses will vary based on your child's lifestyle.

Some expenses depend on your child's choices:

- Public or private school
- In-state or out-of-state school
- Living on campus, off campus, or at home

Some expenses, such as the cost of textbooks, are similar regardless of which school your child attends.

To find the COA of a college, visit the school's website, look at its brochures, or use College Answer's School Search Tool.

**For example, these are the annual costs for an in-state resident at one public institution:**

| | |
|---|---:|
| Tuition | $3,508 |
| Estimate for books | $823 |
| Estimate for transportation | $394 |
| Room and board | $6,453 |
| Estimate for personal expenses | $2,479 |
| **Total cost of attendance** | **$13,657** |

**Here's another example — this one at a private institution:**

| | |
|---|---:|
| Tuition | $29,500 |
| Additional required fees | $1,140 |
| Estimate for books/supplies | $810 |
| Estimate for transportation | $330 |
| Room and board allowance | $8,435 |
| Estimate for personal expenses | $1,010 |
| **Total cost of attendance** | **$41,225** |

Knowing the COA is only the first half of figuring out college costs. What really counts is how much you'll pay out of pocket.

**Evaluating affordability**



FEEDBA

### School search tool

College Answer®'s School Search Tool

---

Home | About us | Contact us | Site map

© 1995–2008 Sallie Mae, Inc. All rights reserved. Our trademarks | Terms of use | Protecting your privacy | Avoid online fraud
SLM Corporation and its subsidiaries are not sponsored by or agencies of the United States of America.