# Exhibit M

to

Declaration of George F. Carpinello

Case 1-17-01085-ess Doc 270-13 Filed 05/08/20 Entered 05/08/20 16:04:29



ONPROR08
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

P.O. Box 8229
Indianapolis IN 46206

January 8, 2009

703    113000214

Marc Marcson
245 E Bennett Street
Anycity, State 12345-9987

Account Number: ▮

# ACT SOON
# OR THE DELINQUENCY OF YOUR STUDENT LOAN
# WILL BE REPORTED TO
# THE NATIONAL CREDIT BUREAUS

One or more of your student loans is now delinquent. Accordingly, if you do not bring the delinquent loan(s) current before January 31 2009, we will inform the national credit bureaus of the delinquency.

**The reporting of this delinquency may hurt your credit and make it more difficult for you to obtain loans from lenders including auto loans, student loans, home loans, and credit cards.**

You can prevent your delinquency from being reported to the national credit bureaus by bringing your loan(s) current.  To make payment arrangements, contact           today at (877) 213-9223. Calling hours are 8:00 a.m. to midnight, Sunday through Thursday; 8:00 a.m. to 5:00 p.m. on Fridays; or 8:00 a.m. to noon on Saturdays (all times Eastern).

Our representatives are available to help you resolve this delinquency. Please call (877) 213-9223 today.

# YOUR DELINQUENCY MUST BE
# RESOLVED BEFORE
# January 31 2009
# OR WE WILL NOTIFY THE NATIONAL
# CREDIT BUREAUS OF THE DELINQUENCY

CONFIDENTIAL

NAV020000644
NAVHOM01000674