# Exhibit P

to

Declaration of George F. Carpinello

# National Center for Education Statistics

## IPEDS Data Center

**SUNY Empire State College**
**UnitID**     196264
**OPEID**      01028600
**Address**    Two Union Ave, Saratoga Springs, NY, 12866-4391
**Web Address** www.esc.edu

### Institutional Characteristics 2008-09

Institution: SUNY Empire State College (196264)

#### Part A - Educational Offerings
**1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]**

*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- ☐ Occupational, may lead to a certificate, degree, or other formal award
- ☑ Academic, leading to a certificate, degree, or diploma
- ☐ Continuing professional (postbaccalaureate only)
- ☐ Recreational or avocational (leisure) programs
- ☐ Adult basic or remedial instruction or high school equivalency
- ☐ Secondary (high school)

Institution: SUNY Empire State College (196264)

#### Part A - Mission Statement
**2. Provide the institution's mission statement or a web address (URL) where the mission statement can be found. Typed statements are limited to 3,000 characters or less. The mission statement will be available to the public on College Navigator.**

Mission Statement URL:    http://www.esc.edu/esconlin

Mission Statement

Institution: SUNY Empire State College (196264)

#### Part B - Advanced degree question

**Advanced degree question**

What method will you use to report data on your institution's doctor's degrees and professional degrees on BOTH Institutional Characteristics in Fall 2008 and Fall Enrollment in Winter 2008-09/Spring 2009?

- ○ The new postbaccalaureate degree classifications:

If the institution charges an application fee, indicate the amount.

|  | Amount | Prior year |
|---|---|---|
| Graduate application fee |  |  |

**9. Charges to full-time graduate students for the full academic year 2008-09**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Average tuition | 6,900 | 6,900 | 6,900 | 6,900 | 10,920 | 10,920 |
| Required fees | 225 | 225 | 225 | 225 | 225 | 225 |

**10. Per credit hour charge for part-time graduate students**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Per credit hour charge | 288 | 288 | 288 | 288 | 455 | 455 |

Institution: SUNY Empire State College (196264)

**Part D - Student Charges - Price of Attendance**
**13. Price of attendance for full-time, first-time undergraduate students:**

*Please enter the amounts requested below. These data will be made available to the public on College Navigator. Data for prior years may be corrected. If your institution participates in any Title IV programs (Pell, Stafford, etc.), you must complete all information for the current year. Leave items that do not apply blank and the system will fill in as "not applicable" or indicate that more information is needed. Estimates of expenses for books and supplies, room and board, and other expenses are those from the **Cost of Attendance report** used by the financial aid office in determining financial need.*

| Charges for full academic year | 2006-07 | 2007-08 | 2008-09 |
|---|---|---|---|
| Published tuition and required fees: |  |  |  |
| In-district | 4,575 | 4,575 | 4,575 |
| In-state | 4,575 | 4,575 | 4,575 |
| Out-of-state | 10,835 | 10,835 | 10,835 |
| Books and supplies | 1,400 | 1,400 | 1,750 |
| Off campus (not with family): |  |  |  |
| Room and board | 10,600 | 10,600 | 10,800 |
| Other expenses | 4,400 | 4,400 | 4,400 |
| Off campus (with family): |  |  |  |
| Other expenses | 2,400 | 2,400 | 2,400 |

You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website.