# Exhibit Q

to

Declaration of George F. Carpinello

**Excerpts from NAVHOM01115515**

| uniq_loan_id | fdr_acct_nbr | loan_frst_disb_dt | gtor_nm_orig | qual_schl_id | qual_schl_nm | loan_stat_cd | loan_status | delq_status | loan_ostd_prin_amt | loan_disb_tot_prin_amt | loan_accr_int_amt | outstanding_fees | bkr_strt_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | 2/23/2006 | TUITION ANSWER | 010286 | SUNY EMPIRE STATE COLLEGE | RPMT | ACTIVE | DFLT | 51,443.37 | 32,787.00 | 177.66 | - | 5/1/2009 |
| ▮ | ▮ | 4/5/2007 | TUITION ANSWER | 010286 | SUNY EMPIRE STATE COLLEGE | RPMT | ACTIVE | DFLT | 52,208.23 | 31,350.00 | 282.11 | - | 5/1/2009 |
| ▮ | ▮ | 2/4/2008 | TUITION ANSWER | 010286 | SUNY EMPIRE STATE COLLEGE | RPMT | ACTIVE | DFLT | 35,658.46 | 22,591.00 | 191.91 | - | 5/1/2009 |

| bkr_disch_dt | clm_type_cd | bkr_stat_dsc | src_sys_cd | eligible_1098 | cml_loans | ed_loans | current_borr_start | current_borr_stop | loan_stat_bgn_dt | flag_1099c | active | l180_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2009 | BKR | DISCHARGED THROUGH BANKRUPTCY | FDR | Y | 6 | 0 | 2/28/2006 | 1/31/2019 | 11/11/2015 | 0 | 1 | |
| 9/25/2009 | BKR | DISCHARGED THROUGH BANKRUPTCY | FDR | Y | 6 | 0 | 4/30/2007 | 1/31/2019 | 11/11/2015 | 0 | 1 | |
| 9/25/2009 | BKR | DISCHARGED THROUGH BANKRUPTCY | FDR | Y | 6 | 0 | 2/29/2008 | 1/31/2019 | 11/11/2015 | 0 | 1 | 9/25/2009 |