# Exhibit W

to

Declaration of George F. Carpinello

Page 1

1  UNITED STATES BANKRUPTCY COURT
2  EASTERN DISTRICT OF NEW YORK
3  Case No. 1-18-01122-ess
4  Adv. Case No. 1-10-50719-ess
5  - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
6  In the Matter of:
7
8  WELLS FARGO BANK, N.A.,
9
10           Debtor.
11 - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
12 OLUFUNMILAYO AJASA,
13              Plaintiff,
14      v.
15 WELLS FARGO BANK, N.A.,
16              Defendant.
17 - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
18              U.S. Bankruptcy Court
19              271-C Cadman Plaza
20              Brooklyn, New York  11201-1800
21
22              February 28, 2019
23              3:18 PM
24
25

Page 52

1  Now, that's not to say that they couldn't bring a class
2  action in another district on behalf of another debtor.  We
3  just --
4           THE COURT:  So the idea is 94 class actions in 94
5  districts?  Are we really better off?
6           MR. SHAW:  We don't think it's a question,
7  frankly, of better off or efficiency, because that's not --
8  we don't think that that's the analysis.  We think it's the
9  --
10          THE COURT:  Well, you don't think it's subject
11 matter jurisdiction.
12          MR. SHAW:  We think it is -- I'm holding the
13 subject matter jurisdiction.  I think it is a --
14          THE COURT:  I understand that you don't want to
15 acknowledge that it is or isn't, and we're conferencing on
16 the issues.  So --
17          MR. SHAW:  Right, but it --
18          THE COURT:  -- both the parties and the Court can
19 reserve their respective prerogatives to ask more questions
20 and give additional answers at the appropriate time.
21          MR. SHAW:  In our view, it's a matter of
22 authority.  You know, in the Echevarria case, for example,
23 that we settled, we filed a motion which I'll draw a
24 reference to allow for the District Court judge to approve
25 the settlement of a nationwide class, and there were