George F. Carpinello
Adam R. Shaw
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
Albany, NY 12207
(518) 434-0600

Lynn E. Swanson
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

Austin C. Smith
SMITH LAW GROUP
3 Mitchell Place, Suite 5
New York, NY 10017

Jason W. Burge
FISHMAN HAYGOOD LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

*Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HILAL K. HOMAIDAN fka Helal K. Homaidan<br><br>Debtor, | Chapter 7<br><br>Case No. 08-48275 (ESS) |
| In re:<br><br>REEHAM YOUSSEF aka Reeham Navarro Youssef aka Reeham N. Youssef<br><br>Debtor, | Chapter 7<br><br>Case No. 13-46495 (ESS) |
| HILAL K. HOMAIDAN and REEHAM YOUSSEF on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION<br><br>Defendants. | Adv. Pro. No. 17-1085 |

## **DECLARATION OF REEHAM YOUSSEF**

Reeham Youssef being duly sworn deposes and says:

1. I am a Plaintiff in the above-entitled proceeding and I make this declaration in support of Plaintiffs' motion for class certification, summary judgment and a preliminary injunction.

2. From 2005 to 2008, I was a student at Queens College of the City of New York.

3. The cost of attendance for an in-state student living off campus at Queens College was $16,816 for the academic year of 2005 to 2006; $17,293 for the academic year of 2006 to 2007; and $17,725 for the academic year of 2007 to 2008.

4. During the 2005 to 2006 academic year, I received a school certified loan of $4,800.

5. During the 2006 to 2007 academic year, I received a school certified loan of $6,000 and four (4) Tuition Answer Loans from Sallie Mae totaling $31,850. *See* Exhibit A through Exhibit D attached hereto.

6. During the 2007 to 2008 academic year, I received two (2) Tuition Answer Loans totaling $24,150. *See* Exhibit E and F attached hereto.

7. All or most of the Tuition Answer Loans that I received exceeded the cost of attendance.

8. On October 29, 2013, I sought relief under Title 11 in this Court in Case No. 1-13-46495 (ESS) (*In re Reeham Youssef*). Dkt. No. 1.

9. I properly scheduled the Tuition Answer Loans on the Schedule F of my petition. *See* Dkt. No. 1.

10. On February 6, 2014, this Court entered an order discharging all of my properly scheduled pre-petition debts. Dkt. No. 9.

2

11. On February 6, 2014, Defendants were duly notified of the discharge of my pre-petition debts. Dkt. No. 10.

12. Nonetheless, Navient sent me letters on or about August 30, 2016 advising me that my Tuition Answer Loans were not discharged in bankruptcy. *See* Exhibits G to L attached hereto.

13. Instead of treating my Tuition Answer Loans as discharged, Defendants have demanded repayment from me on said loans and resumed collection on said loans after the debts were discharged. In particular, Defendants and the debt collection agency they retained constantly called me, my parents, my sister and several of my friends, demanding payment on my Tuition Answer Loans. Defendants also continued to send me statements indicating that my loans were past due. *See e.g.*, Exhibits N to Q

14. Ultimately, in 2017 and again in 2018, I took out loans from a credit union to settle the debts owed on some of my Tuition Answer Loans, although Defendants claim that I still owe thousands of dollars on my remaining Tuition Answer Loans.

15. On October 1, 2019, I moved to re-open my bankruptcy proceeding (Dkt. No. 11) and to amend the complaint in the above-entitled adversary proceeding. Adv. Pro. Dkt. No. 156.

16. The Court granted the motion to re-open and to amend the complaint herein from the bench on October 16, 2019. *See* Tr. of October 16, 2019, Hearing at 11-12, attached hereto as Exhibit R, and an order was entered granting the motion to re-open on December 4, 2019. *See* Exhibit S, hereto.

17. An amended complaint was filed on Oct. 21, 2019. Adv. Pro. Dkt No. 160.

18. I understand that, if this Court certifies this proceeding as a Class Action, I may be named as a class representative. In that capacity, I am prepared to consult on a regular basis with counsel, to keep apprised of major developments in the proceeding, and to participate in

discussions with counsel with regard to any major decisions. I have already been deposed in this proceeding and am prepared to take on any other responsibilities necessary to insure that this proceeding advances expeditiously. I have not been promised any remuneration for acting as a class representative in this proceeding.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 9, 2019

_____
Reeham Youssef

4