UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Hilal Khalil Homaidan aka Helal K Homaidan<br><br>       Debtor, | Chapter 7<br><br>Case No. 08-48275 (ESS) |
| In re:<br><br>Reeham Youssef aka Reeham Navarro Youssef aka Reeham N. Youssef<br><br>       Debtor, | Chapter 7<br><br>Case No. 13-46495 (ESS) |
| Hilal Khalil Homaidan on<br>behalf of himself and all others similarly situated,<br><br>and<br><br>Reeham Youssef,<br><br>Plaintiffs,<br><br>v.<br><br>Sallie Mae, Inc., Navient Solutions, LLC, Navient Credit Finance Corporation,<br><br>Defendants. | Adv. Pro. No. 17-1085 (ESS) |

## ~~[PROPOSED]~~ JOINT AMENDED SCHEDULING ORDER

WHEREAS, on December 4, 2008, Hilal Khalil Homaidan filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on June 23, 2017, Hilal Khalil Homaidan (the "Plaintiff") commenced this adversary proceeding by filing a complaint (the "Complaint") against SLM Corporation, Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc., alleging violations of the Discharge Order entered in his Chapter 7 case; and

WHEREAS, on February 21, 2019, Defendants Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc. filed an answer to the Plaintiff's Complaint; and

WHEREAS, on October 21, 2019, Hilal Khalil Homaidan filed an Amended Complaint to add Plaintiff-Debtor Reeham Youssef; and

WHEREAS, on November 22, 2019, Defendants Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc. filed an Answer to the Amended Complaint; and

WHEREAS, from time to time, the Court has held telephonic conferences and status ~~meetings~~ ***conferences*** in this adversary proceeding and has extended the discovery schedule.

NOW, THEREFORE, it is hereby

ORDERED, that the parties are directed to complete fact discovery by ninety (90) days after the Court issues an order on the pending Motion for Class Certification (Dkt. No. 169) and pending Motion for Summary Judgment (Dkt. No. 170).



**Dated: Brooklyn, New York**
**June 21, 2021**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**