**McGuireWoods LLP**
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
Phone: 713.571.9191
Fax: 713.571.9652
www.mcguirewoods.com

**Thomas M. Farrell**
Direct: 713.353.6677

tfarrell@mcguirewoods.com
Fax: 832.214.9933

# McGuireWoods

August 11, 2021

**VIA ELECTRONIC FILING**

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Courtroom 3585
Brooklyn, NY 11201-1800

Re: *Homaidan v. Sallie Mae*, *Inc.*, 17–1085 (ESS)

Dear Judge Stong:

We write in reference to the above-captioned case. At the hearing in this matter on July 28, the Court directed the parties to submit a letter by August 11 as to whether they would request the Court refer the case to mediation.

Navient is considering the matter and would like to request that the deadline to submit such letter be extended one week until August 18 to accommodate scheduling conflicts with certain key personnel at Navient.

We have conferred with counsel to Plaintiff, who have said they do not oppose this extension request.

Thank you for Your Honor's consideration.

Dated: August 11, 2021
        New York, New York

Respectfully submitted,

*/s/ Shawn R. Fox*
Shawn R. Fox
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone:   212.548.2100
Email: sfox@mcguirewoods.com

—and—

*/s/ Thomas M. Farrell*
Thomas M. Farrell (*pro hac vice*)
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone:   713.571.9191
E-mail: tfarrell@mcguirewoods.com

—and—

Dion W. Hayes (*pro hac vice*)
K. Elizabeth Sieg (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone:   804.775.1000
Email: dhayes@mcguirewoods.com
         bsieg@mcguirewoods.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 11th day of August, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record, including counsel for Plaintiff (ashaw@bsfllp.com).

<u>/s/ Shawn R. Fox</u>