UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HILAL K. HALIL HOMAIDAN aka Helal K. Homaidan<br><br>Debtor, | Chapter 7<br><br>Case No. 08-48275 (ESS) |
| In re:<br><br>REEHAM YOUSSEF aka Reeham Navarro Youssef aka Reeham N. Youssef<br><br>Debtor, | Chapter 7<br><br>Case No. 13-46495 (ESS) |
| HILAL K. HALIL HOMAIDAN on behalf of himself and all others similarly situated,<br><br>and<br><br>REEHAM YOUSSEF,<br><br>Plaintiffs,<br><br>   v.<br><br>SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION<br><br>Defendants. | Adv. Pro. No. 17-1085 |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Robert C. Tietjen, of Boies Schiller Flexner LLP, hereby withdraws as counsel in the above-entitled action. Plaintiff has consented to this withdrawal and the remaining counsel shall continue to represent Plaintiff in this action.

1

Dated:  October 26, 2021          Respectfully submitted,

        **BOIES SCHILLER FLEXNER LLP**

By:   */s/ Robert C. Tietjen*

Robert C. Tietjen
30 South Pearl Street
Albany, NY  12207
(518) 434-0600

**BOIES SCHILLER FLEXNER LLP**
George F. Carpinello
Adam R. Shaw
Jenna C. Smith
30 South Pearl Street
Albany, NY  12207
(518) 434-0600

**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
Lynn E. Swanson (admitted *pro hac vice*)
Peter Freiberg (admitted *pro hac vice*)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

**FISHMAN HAYGOOD LLP**
Jason W. Burge (admitted *pro hac vice*)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

*Counsel for Plaintiffs*