UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> HILAL K. HALIL HOMAIDAN aka Helal K. Homaidan <br><br> Debtor, | Chapter 7 <br><br> Case No. 08-48275 (ESS) |
| In re: <br><br> REEHAM YOUSSEF aka Reeham Navarro Youssef aka Reeham N. Youssef <br><br> Debtor, | Chapter 7 <br><br> Case No. 13-46495 (ESS) |
| HILAL K. HALIL HOMAIDAN on behalf of himself and all others similarly situated, <br><br> and <br><br> REEHAM YOUSSEF, <br><br> Plaintiffs, <br><br> v. <br><br> SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION <br><br> Defendants. | Adv. Pro. No. 17-1085 |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Robert C. Tietjen, of Boies Schiller Flexner LLP, hereby withdraws as counsel in the above-entitled action. Plaintiff has consented to this withdrawal and the remaining counsel shall

continue to represent Plaintiff in this action.

Dated: October 26, 2021    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Robert C. Tietjen*

Robert C. Tietjen
30 South Pearl Street
Albany, NY 12207
(518) 434-0600

**BOIES SCHILLER FLEXNER LLP**
George F. Carpinello
Adam R. Shaw Jenna C. Smith
30 South Pearl Street
Albany, NY 12207
(518) 434-0600

**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
Lynn E. Swanson (admitted *pro hac vice*)
Peter Freiberg (admitted *pro hac vice*)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

**FISHMAN HAYGOOD LLP**
Jason W. Burge (admitted *pro hac vice*)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

*Counsel for Plaintiffs*

*Robert C. Tietjen is permitted to withdraw as counsel to the Plaintiff. It is so ordered.*



Dated: Brooklyn, New York
October 29, 2021

Elizabeth S. Stong
United States Bankruptcy Judge