

March 14, 2022

**VIA ECF**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      Re:    *Homaidan v. SLM Corporation. et al.,* **Adv. Pro. No. 17-1085-ESS**

Dear Judge Stong:

      In August 2021, Navient indicated that it was interested in engaging in mediation in this matter. After seven months, it is now clear that this matter will not settle without a ruling by the Court on the pending motions for preliminary injunction, summary judgment and class certification, which were filed in December 2019.

      Plaintiffs further intend to file a motion for a temporary restraining order to enjoin Navient from collecting on thousands of discharged student loans and ask the Court to hold a Zoom conference as soon as possible to schedule briefing and oral argument on the motion.

      Respectfully Submitted,

      */s/ George F. Carpinello*
      George F. Carpinello

GFC/mjk

cc via ECF: Counsel of Record