**McGuireWoods LLP**
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
Phone: 713.571.9191
Fax: 713.571.9652
www.mcguirewoods.com

**Thomas M. Farrell**
Direct: 713.353.6677

MCGUIREWOODS

tfarrell@mcguirewoods.com
Fax: 832.214.9933

October 20, 2022

**VIA ELECTRONIC FILING**

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Courtroom 3585
Brooklyn, NY 11201-1800

Re: *Homaidan v. Sallie Mae, Inc.*, 17–1085 (ESS)

Dear Judge Stong:

This letter is in reference to the Court's request that the parties confer regarding the feasibility of an in-person hearing on October 31st, 2022 regarding Defendants' Emergency Motion to Stay Preliminary Injunction [Dkt. No. 408] (the "Stay Motion").

The parties have conferred and are able to accommodate an in-person hearing on October 31st. The parties would request, however, that Mr. Carpinello be permitted to appear at the hearing via telephone or Zoom. Mr. Carpinello respectfully requests this accommodation because he recently had surgery and presently can only move with the assistance of crutches.

The parties also request the following briefing schedule for the Stay Motion:

Plaintiff's Opposition to the Stay Motion: Due October 25th

Defendant's Reply in Support of Stay Motion: Due October 28th

Thank you for Your Honor's consideration.

Dated: October 20th, 2022  Respectfully submitted,
New York, New York

        */s/ Shawn R. Fox*
        Shawn R. Fox
        McGuireWoods LLP
        1251 Avenue of the Americas, 20th Floor
        New York, New York 10020-1104
        Telephone:   212.548.2100
        Email: sfox@mcguirewoods.com

        —and—

        */s/ Thomas M. Farrell*
        Thomas M. Farrell (*pro hac vice*)
        McGuireWoods LLP
        JPMorgan Chase Tower
        600 Travis Street, Suite 7500
        Houston, Texas 77002
        Telephone:   713.571.9191
        E-mail: tfarrell@mcguirewoods.com

        —and—

        K. Elizabeth Sieg (*pro hac vice*)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia 23219
        Telephone:   804.775.1000
        Email: bsieg@mcguirewoods.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   I certify that on this 20th day of October, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record, including counsel for Plaintiff (ashaw@bsfllp.com).

                */s/ Shawn R. Fox*