UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
In re:                                                                  Chapter 7

Hilal Khalil Homaidan,                                                  Case No. 08-48275-ess
*aka* Helal K Homaidan,

                             Debtor.
---------------------------------------------------------------------------x
In re:                                                                  Chapter 7

Reeham Youssef,                                                         Case No. 13-46495-ess
*aka* Reeham Navarro Youssef,
*aka* Reeham N. Youssef,

                             Debtor.
---------------------------------------------------------------------------x
Hilal Khalil Homaidan on behalf of himself and
all others similarly situated,

and                                                                     Adv. Pro. No. 17-1085-ess

Reeham Youssef,

                             Plaintiffs,

   v.

Sallie Mae, Inc., Navient Solutions, LLC,
Navient Credit Finance Corporation,

                             Defendants.
---------------------------------------------------------------------------x

## ORDER APPROVING NOTICE TO PUTATIVE CLASS MEMBERS

WHEREAS, on December 4, 2008, Hilal Khalil Homaidan, *aka* Helal K Homaidan, filed

a petition for relief under Chapter 7 of the Bankruptcy Code, Case No. 08-48275; and

WHEREAS, on October 29, 2013, Reeham Youssef, *aka* Reeham Navarro Youssef, *aka*

Reeham N. Youssef, filed a petition for relief under Chapter 7 of the Bankruptcy Code, Case No.

13-46495.

WHEREAS, on June 23, 2017, Mr. Homaidan commenced this adversary proceeding (the "Adversary Proceeding") as a putative class action, on behalf of himself and others similarly situated, by filing a complaint against SLM Corporation, Sallie Mae, Inc., Navient Solutions, LLC, and Navient Credit Finance Corporation (Navient Solutions, LLC and Navient Credit Finance Corporation collectively, "Navient") seeking, as to himself and the class members (the "Putative Class Members"), a determination that certain debts that they incurred as students are not nondischargeable student loan debts under Bankruptcy Code Section 523(a)(8)(B), and an award of damages, including attorneys' fees and costs, for the Defendants' willful violations of the bankruptcy discharge order entered in their cases; and

WHEREAS, on October 21, 2019, Mr. Homaidan filed an amended complaint to add Ms. Youssef as a named plaintiff and proposed class representative, ECF No. 160; and

WHEREAS, on December 18, 2019, this Court entered an Order permitting amendment of the complaint to add Ms. Youssef as a named plaintiff and a proposed class representative, ECF No. 166; and

WHEREAS, on December 19, 2019, the Plaintiffs filed a motion seeking, among other relief, a preliminary injunction (the "Preliminary Injunction Motion"); and

WHEREAS, on October 17, 2022, the Court issued a Memorandum Decision and entered an Order granting the Preliminary Injunction Motion (the "Preliminary Injunction"); and

WHEREAS, from time to time and on January 23, 2023, the Court held pre-trial conferences in this Adversary Proceeding, at which the Plaintiffs and Navient appeared and were heard; and

WHEREAS, as reflected on the record of the January 23, 2023 pre-trial conference, the parties agreed to confer on a proposed form of notice of the Preliminary Injunction to the Putative Class Members; and

WHEREAS, on February 1, 2023, the parties submitted a proposed form of notice to the Putative Class Members (the "Form of Notice").

NOW THEREFORE, it is hereby

ORDERED, that based on the entire record, the Form of Notice is approved.



Dated: Brooklyn, New York
February 8, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Hilal Khalil Homaidan
Videology
Attn: Hilal
308 Bedford Ave
Brooklyn, NY 11211

Jason W Burge, Esq.
Fishman Haygood LLP
201 St Charles Ave, Ste 4600
New Orleans, LA 70170

George F. Carpinello, Esq.
Boies Schiller Flexner, LLP
30 South Pearl Street
11th Floor
Albany, NY 12207

Peter N. Freiberg, Esq.
Jones Swanson Huddell & Garrison, LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130

Kathryn J. Johnson, Esq.
Fishman Haygood, LLP
201 St. Charles Ave., Ste. 4600
New Orleans, LA 70170

Adam Shaw, Esq.
Boies Schiller Flexner LLP
30 South Pearl Street
Albany, NY 12207-3427

Lynn E Swanson, Esq.
Jones, Swanson, Huddell & Garrison, LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130

Thomas M Farrell, Esq.
McGuire Woods LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002

Shawn Randall Fox, Esq.
McGuire Woods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014