# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Shawn R. Fox**
Direct: 212.548.2165
sfox@mcguirewoods.com
Fax: 212.715.6278

May 31, 2023

**VIA ELECTRONIC FILING**

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Courtroom 3585
Brooklyn, NY 11201-1800

Re:  *Homaidan v. Sallie Mae, Inc.*, 17–1085 (ESS)

Dear Judge Stong:

     As the parties represented before Your Honor at the hearing held on May 1, 2023, we submit herewith an agreed-upon notice that Navient will send out to all the individuals whose loans were subject to subject to suspension of collection as a result of Your Honor's preliminary injunction and where Navient made inadvertent collection attempts from approximately December 6, 2022, through March 31, 2023.

| | |
|---|---|
| Dated: May 31, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Shawn R. Fox*<br>Shawn R. Fox<br>McGuireWoods LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020-1104<br>Telephone:   212.548.2100<br>Email: sfox@mcguirewoods.com<br><br>—and—<br><br>*/s/ Thomas M. Farrell*<br>Thomas M. Farrell (*pro hac vice*)<br>McGuireWoods LLP<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 7500<br>Houston, Texas 77002<br>Telephone:   713.571.9191<br>E-mail: tfarrell@mcguirewoods.com<br><br>—and—<br><br>K. Elizabeth Sieg (*pro hac vice*)<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>Telephone:   804.775.1000<br>Email: bsieg@mcguirewoods.com<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I certify that on this 31st day of May, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record, including counsel for Plaintiff (ashaw@bsfllp.com).

                                                    */s/ Shawn R. Fox*