

June 23, 2023

**VIA ECF**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    **Re:** *Homaidan v. Sallie Mae, Inc. et al.*, **Adv. Pro. No. 17-1085-ESS**

Dear Judge Stong:

    We are writing to notify the Court that the parties have agreed to a Hearing date on July 11, 2023, at 3:00 p.m. for the following:

1. Continued Pre-Trial Status Conference.

2. Hearing on Motion for Preliminary Approval of Class Action Settlement.

    The Plaintiff intends to file a Motion for Preliminary Settlement Approval of Class Action Settlement sufficiently in advance of the July 11th hearing date.

    Thank you.

                                               Respectfully Submitted,

                                               */s/ Adam R. Shaw*
                                               Adam R. Shaw

cc via ECF: Counsel of Record