**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HILAL K. HOMAIDAN fka Helal K. Homaidan<br><br>Debtor, | Chapter 7<br><br>Case No. 08-48275 (ESS) |
| In re:<br><br>REEHAM YOUSSEF aka Reeham Navarro Youssef aka Reeham N. Youssef<br><br>Debtor, | Chapter 7<br><br>Case No. 13-46495 (ESS) |
| HILAL K. HOMAIDAN and REEHAM YOUSSEF on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION<br><br>Defendants. | Adv. Pro. No. 17-1085 (ESS) |

**AMENDED NOTICE OF UNOPPOSED MOTION**
**TO AMEND THE COMPLAINT AND SEVER A PARTY**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Adam R. Shaw and the exhibits annexed thereto, Hilal K. Homaidan and Reeham Youssef, by their attorneys of record will move before the Hon. Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201-1800 on the 28th day of July, 2023 at 12:00 P.M. or as soon thereafter as counsel can be heard, for an Order (i) amending the Complaint to add claims for violation of the Fair Debt Collection Practices Act and (ii) to sever plaintiff Hilal K. Homaidan from the Amended Complaint.

**PLEASE TAKE FURTHER NOTICE**, that the objections, if any, to the Motion shall (i) be in writing, (ii) set forth the factual and legal basis for the objection, (iii) identify the party raising the objection, (iv) comply with the Federal Rules of Bankruptcy procedure, (v) be filed with this Court (with one (1) copy to Chambers), and (vi) be served on all parties so as to be filed and received no later than required by the Local Rules prior to the hearing date.

Dated: July 21, 2023

        Respectfully submitted,

        By: */s/ Adam R. Shaw*
        Adam R. Shaw
        George F. Carpinello
        Jenna C. Smith
        **BOIES SCHILLER FLEXNER LLP**
        30 South Pearl Street, 11th Floor
        Albany, NY 12207
        (518) 434-0677
        ashaw@bsfllp.com
        gcarpinello@bsfllp.com
        jsmith@bsfllp.com

        Jason W. Burge
        **FISHMAN HAYGOOD LLP**
        201 St. Charles, Suite 4600
        New Orleans, LA 70170
        (504) 596-5252
        jburge@fishmanhaygood.com

        Lynn E. Swanson
        **JONES SWANSON HUDDELL LLC**
        601 Poydras Street, Suite 2655
        New Orleans, LA 70130
        (504) 523-2500
        lswanson@jonesswanson.com

        *Counsel for Plaintiff Reeham Youssef and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Adam R. Shaw, hereby certify that on July 21, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice. I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 21, 2023, at Albany, New York.

/s/ *Adam R. Shaw*

Adam R. Shaw